IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLIFFORD P. MASSEY, JR. and RIKI MASSEY, <br><br> Plaintiffs, <br><br> vs. <br><br> KELLY'S AUTO REPAIR & TOWING, LLC, and DEREK MCWHORTER, <br><br> Defendants. | ) ) ) ) ) ) Case No. 16-CV-545-NJR-DGW ) ) ) ) ) ) ) ) |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated February 23, 2017, which reflects the parties' settlement (Doc. 35; *see also* Doc. 34), this entire action is dismissed with prejudice, each party to bear their own fees and costs.

DATED:  March 31, 2017

JUSTINE FLANAGAN, Acting Clerk

By: s/ Deana Brinkley
      Deputy Clerk

APPROVED:  s/ Nancy J. Rosenstengel
                   NANCY J. ROSENSTENGEL
                   United States District Judge